# EXHIBIT A

**LAW OFFICES OF MARTIN F. KRONBERG – ATTORNEY ID 262031970**
2414 Morris Avenue, Suite 215, Union, N.J. 07083
(908) 624-1660
**Attorney for Plaintiff**

---

CARTER CROSBIE, a minor, by his Guardian ad Litem, DONTALYA MORGAN, and DONTALYA MORGAN, an Individual,

                                 Plaintiffs,

vs.

AMAZON.COM, AMAZON.COM SERVICES LLC, 196 SEYMOUR LLC, ABC CORPORATION 1-10, and JOHN DOES 1-10

                               Defendants.

: SUPERIOR COURT OF NEW JERSEY
: LAW DIVISION: ESSEX COUNTY
: DOCKET NO.: ESX- L-6474-25
:
:
: CIVIL ACTION
:
:
: LEAD POISONING COMPLAINT
:
:

---

                                         SUMMONS

FROM THE STATE OF NEW JERSEY, To The Defendant(s) Named Above:

## AMAZON.COM SERVICES LLC

The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it (the address of each deputy clerk of the Superior Court is provided).

If the Complaint is one in foreclosure, then you must file your written Answer or Motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee and completed Case Information Statement) if you want the Court to hear your defense.

If you do not file and serve a written Answer or Motion within 35 days, the court may enter a judgment against you for the relief Plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an Attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

**DATED:  August 27, 2025**

                                         /s/ Michelle M. Smith
                                         **MICHELLE M. SMITH**
                                         **Clerk of the Superior Court**

**Name of Defendant to be served:** Amazon.com Services LLC c/o Corporation Service Co., Registered Agent
**Address:** Princeton South Corporate Center, 100 Charles Ewing Blvd., Suite 160, Ewing, NJ 08628

**LAW OFFICES OF MARTIN F. KRONBERG – ATTORNEY ID 262031970**
**2414 Morris Avenue, Suite 215, Union, N.J.  07083**
**(908) 624-1660**
**Attorney for Plaintiff**

---

| | |
|---|---|
| CARTER CROSBIE, a minor, by his Guardian ad Litem, DONTALYA MORGAN, and DONTALYA MORGAN, an Individual, | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION: ESSEX COUNTY<br>: DOCKET NO.: ESX- L-6474-25<br>: |
| Plaintiffs, | : |
| vs. | : CIVIL ACTION<br>: |
| AMAZON.COM, AMAZON.COM SERVICES LLC, 196 SEYMOUR LLC, ABC CORPORATION 1-10, and JOHN DOES 1-10 | : LEAD POISONING COMPLAINT<br>: |
| Defendants. | : |

SUMMONS

FROM THE STATE OF NEW JERSEY, To The Defendant(s) Named Above:

**AMAZON.COM SERVICES LLC**

The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it (the address of each deputy clerk of the Superior Court is provided).

If the Complaint is one in foreclosure, then you must file your written Answer or Motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee and completed Case Information Statement) if you want the Court to hear your defense.

If you do not file and serve a written Answer or Motion within 35 days, the court may enter a judgment against you for the relief Plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an Attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

**DATED:  August 27, 2025**

/s/ Michelle M. Smith

**MICHELLE M. SMITH**
**Clerk of the Superior Court**

**Name of Defendant to be served: Amazon.com Services LLC c/o Corporation Service Co., Registered Agent Address: Princeton South Corporate Center, 100 Charles Ewing Blvd., Suite 160, Ewing, NJ  08628**

**'LAW OFFICES OF MARTIN F. KRONBERG – ATTORNEY ID 262031970**
**2414 Morris Avenue, Suite 215, Union, N.J.  07083**
**(908) 624-1660**
**Attorney for Plaintiff**

---------------------------------------------------------------------

| | |
|---|---|
| CARTER CROSBIE, a minor, by his Guardian ad Litem, DONTALYA MORGAN, and DONTALYA MORGAN, an Individual, | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION: ESSEX COUNTY<br>: DOCKET NO.: ESX- L-6474-25<br>: |
| Plaintiffs, | : |
| vs. | : CIVIL ACTION<br>: |
| AMAZON.COM, AMAZON.COM SERVICES LLC, 196 SEYMOUR LLC, ABC CORPORATION 1-10, and JOHN DOES 1-10 | : <br>: LEAD POISONING COMPLAINT<br>: |
| Defendants.  : | |

---------------------------------------------------------------------

SUMMONS

FROM THE STATE OF NEW JERSEY, To The Defendant(s) Named Above:

### AMAZON.COM SERVICES LLC

The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it (the address of each deputy clerk of the Superior Court is provided).

If the Complaint is one in foreclosure, then you must file your written Answer or Motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee and completed Case Information Statement) if you want the Court to hear your defense.

If you do not file and serve a written Answer or Motion within 35 days, the court may enter a judgment against you for the relief Plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an Attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

**DATED:  August 27, 2025**

/s/ Michelle M. Smith
**MICHELLE M. SMITH**
**Clerk of the Superior Court**

**Name of Defendant to be served: Amazon.com Services LLC c/o Corporation Service Co., Registered Agent**
**Address: Princeton South Corporate Center, 100 Charles Ewing Blvd., Suite 160, Ewing, NJ 08628**

**·LAW OFFICES OF MARTIN F. KRONBERG – ATTORNEY ID 262031970**
**2414 Morris Avenue, Suite 215, Union, N.J.  07083**
**(908) 624-1660**
**Attorney for Plaintiff**

---

CARTER CROSBIE, a minor, by his Guardian ad Litem,    : SUPERIOR COURT OF NEW JERSEY
DONTALYA MORGAN, and DONTALYA MORGAN,    : LAW DIVISION: ESSEX COUNTY
an Individual,    : DOCKET NO.: ESX- L-6474-25

     :

                Plaintiffs,    :

vs.    :        CIVIL ACTION

     :

AMAZON.COM, AMAZON.COM SERVICES LLC, 196   :
SEYMOUR LLC, ABC CORPORATION 1-10,    : LEAD POISONING COMPLAINT
and JOHN DOES 1-10    :

                Defendants.    :

---

                                            SUMMONS
FROM THE STATE OF NEW JERSEY, To The Defendant(s) Named Above:

### AMAZON.COM SERVICES LLC

     The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it (the address of each deputy clerk of the Superior Court is provided).

     If the Complaint is one in foreclosure, then you must file your written Answer or Motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee and completed Case Information Statement) if you want the Court to hear your defense.

     If you do not file and serve a written Answer or Motion within 35 days, the court may enter a judgment against you for the relief Plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

     If you cannot afford an Attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

**DATED:  August 27, 2025**

                              */s/ Michelle M. Smith*
                              MICHELLE M. SMITH
                              Clerk of the Superior Court

**Name of Defendant to be served: Amazon.com Services LLC c/o Corporation Service Co., Registered Agent**
**Address: Princeton South Corporate Center, 100 Charles Ewing Blvd., Suite 160, Ewing, NJ  08628**

**LAW OFFICES OF MARTIN F. KRONBERG – ATTORNEY ID 262031970**
**2414 Morris Avenue, Suite 215, Union, N.J.  07083**
**(908) 624-1660**
**Attorney for Plaintiff**

---

| | |
|---|---|
| CARTER CROSBIE, a minor, by his Guardian ad Litem, DONTALYA MORGAN, and DONTALYA MORGAN, an Individual, | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION: ESSEX COUNTY<br>: DOCKET NO.: ESX- L- |
| Plaintiffs, | : |
| vs. | : CIVIL ACTION |
| AMAZON.COM, AMAZON.COM SERVICES LLC, 196 SEYMOUR LLC, ABC CORPORATION 1-10, and JOHN DOES 1-10 | : LEAD POISONING COMPLAINT : |
| Defendants. | : |

---

Plaintiff, Carter Crosbie, a minor, by his Guardian ad Litem, Dontalya Morgan, residing in the City of Newark, County of Essex, and State of New Jersey, complaining of the Defendants, deposes and says:

<u>**FIRST COUNT**</u>

1. Defendants, Amazon.com, Amazon.com Services LLC (hereinafter collectively referred to as "Amazon") and/or ABC Corporation 1-10 (fictitious names), designed, manufactured, assembled, packaged, repaired, refurbished, reconditioned, marketed, sold, transported or otherwise placed in the stream of commerce a certain product, more particularly known as a trampoline, hereinafter referred to as "product." The trampoline was labelled as "55 inch Toddler Trampoline For Kids Lilumudm."

2. On or about October 30, 2024, and thereafter, Plaintiff, Carter Crosbie, a minor, was using the aforesaid "product" designed, manufactured, assembled, packaged, repaired, refurbished, reconditioned, marketed, sold, transported, or otherwise placed in the stream of commerce by the Defendants Amazon and/or ABC Corporation 1-10 (fictitious names).

3. Defendants, Amazon and/or ABC Company 1-10 (fictitious names), did so improperly and defectively design, manufacture, assemble, package, repair, refurbish, recondition, deliver, market, sell, transport or otherwise place in the stream of commerce the aforesaid "product" causing the product to be in a dangerous and unsafe condition.

4. As a direct and proximate result of the actions of the Defendants and/or the defect in the "product"

designed, manufactured, assembled, packaged, repaired, refurbished, reconditioned, marketed, sold, transported or otherwise placed in the stream of commerce by the Defendants, as aforesaid, Plaintiff, Carter Crosbie, was caused to sustain and did sustain serious and permanent personal injuries from lead poisoning while playing on the trampoline which was lead contaminated, and will require the care and treatment of physicians, hospitalization and medication and has been and will in the future continue to be hampered in his daily routine due to the fact that the product was contaminated with lead.

5.      The above represents a violation of the New Jersey Products Liability Act, N.J.S. 2A:58C-1 et. seq.

**WHEREFORE**, Plaintiff, Carter Crosbie, a minor, by his Guardian ad Litem, Dontalya Morgan, demands judgment against the Defendants, Amazon.com, Amazon.com Services LLC and/or ABC Corporation 1-10 (fictitious names), jointly, severally or in the alternative, in the amount of his damages together with interest and costs of suit.

## SECOND COUNT

1.      Plaintiffs repeat each and every allegation of the First Count as if set forth at length herein.

2.      Plaintiff Carter Crosbie (hereinafter "Carter") was born on October 19, 2022.   Carter is the son of his natural mother and guardian ad litem, Dontalya Morgan.

3.      At all times relevant herein, Defendants, 196 Seymour LLC and John Doe 1-10 (fictitious names), were and are the record owners of property located at 196 Seymour Avenue, Newark, New Jersey, where the infant Plaintiff and his mother resided at all relevant times.  196 Seymour LLC is a New Jersey limited liability company located in East Orange, New Jersey.

4.      Subsequent to October 30, 2024, while residing at 196 Seymour Avenue, Newark, New Jersey, the infant Plaintiff, Carter, was discovered and formally diagnosed to have lead poisoning. Carter's blood levels were significantly higher than the amount needed to be classified as lead poisoned under the applicable medical guidelines.

5.      Upon information and belief, there were hazardous lead-based paint conditions in the Plaintiff's residence in violation of both State and local law regulations.

6.      The infant Plaintiff Carter's injuries from the inhalation, ingestion, and exposure to lead-based paint and lead from the trampoline are permanent and will affect him for the rest of his life. The infant Plaintiff Carter's potential

for normal development, his physical ability to concentrate, and his future health has been irreparably impaired. Said condition and the treatment and care necessitated by his condition has caused and will cause great suffering of the mind and body, handicaps his physical and intellectual development, and is a source of present as well as future anxiety, pain, mental and emotional stress and fear to him and to his mother, Dontalya Morgan.

7.    Defendants knew or should have known of the presence of lead-based paint in the subject dwelling.

8.    Defendants knew or should have known that the subject premises were or would be occupied by young children. Defendants knew or should have known that immediate corrective measures could have and should have been taken to eliminate the hazard and nuisance presented by the presence of lead paint and/or deteriorating paint in the subject dwelling.

9.    As a direct and proximate cause of the Defendants' above mentioned negligence and statutory violations, the infant Plaintiff, Carter, has contracted lead poisoning, which has caused or will cause him to suffer permanent injuries to his body, brain and nervous system, displacement from his home, economic loss, loss of family association and care, severe physical pain and suffering and mental distress to him and his mother.

10.    The above is also a breach of the warranty of habitability and a breach of the lease arrangement for said premises.

**WHEREFORE**, Plaintiff, Carter Crosbie, a minor, by his Guardian ad Litem, Dontalya Morgan, and Dontalya Morgan, individually demand judgment against the Defendants, Amazon.com, Amazon.com Services LLC, 196 Seymour LLC, and/or ABC Corporation 1-10 (fictitious names), and John Does 1-10 (fictitious names) jointly, severally or in the alternative, in the amount of his damages together with interest and costs of suit.

<u>**DEMAND FOR TRIAL BY JURY**</u>

Plaintiff hereby demands a trial by jury as to all issues.

<u>**NOTICE OF TRIAL COUNSEL**</u>

Please take notice that Martin F. Kronberg, Esq. is hereby designated as Trial Counsel in the above-captioned matter.

## CERTIFICATION PURSUANT TO RULE 4:5-1

I hereby certify that the within matter is not the subject matter of any other action pending in any court or of a pending arbitration proceeding, nor is such action contemplated. The names of all parties who should be presently joined in this action are named in the caption of this Complaint.


DATED: August 26, 2025                              By:     /s/MARTIN F. KRONBERG
                                                            MARTIN F. KRONBERG

# Civil Case Information Statement

**Case Details: ESSEX | Civil Part Docket# L-006474-25**

Case Caption: CROSBIE CARTER  VS AMAZON.COM

Case Initiation Date: 08/26/2025

Attorney Name: GREGORY FARRELL KRONBERG

Firm Name: MARTIN F. KRONBERG PC

Address: 2414 MORRIS AVE STE 215

UNION NJ 070830000

Phone: 9086241660

Name of Party: PLAINTIFF : Crosbie, Carter

Name of Defendant's Primary Insurance Company
(if known): Unknown

Case Type: PRODUCT LIABILITY

Document Type: Complaint with Jury Demand

Jury Demand: YES - 6 JURORS

Is this a professional malpractice case?  NO

Related cases pending: NO

If yes, list docket numbers:

Do you anticipate adding any parties (arising out of same transaction or occurrence)? NO

Does this case involve claims related to COVID-19? NO

Are sexual abuse claims alleged by: Carter Crosbie? **NO**

Are sexual abuse claims alleged by: Dontalya Morgan? **NO**

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:


Do you or your client need any disability accommodations? NO
If yes, please identify the requested accommodation:


Will an interpreter be needed? NO
If yes, for what language:


Please check off each applicable category: Putative Class Action? NO  Title 59? NO  Consumer Fraud? NO Medical Debt Claim? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

08/26/2025
Dated

/s/ GREGORY FARRELL KRONBERG
Signed